1   LEONARDO M. RAPADAS
    United States Attorney
2   MARIVIC P. DAVID
    Assistant U.S. Attorney
3   Suite 500, Sirena Plaza
    108 Hernan Cortez Ave.
4   Hagåtña, Guam 96910
    Tel: (671) 472-7332/7283
5   Fax: (671) 472-7334

6   Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 25 2005

**MARY L.M. MORAN**
CLERK OF COURT

7

8       **IN THE UNITED STATES DISTRICT COURT**

        **FOR THE DISTRICT OF GUAM**

9         **05-00039**

10   UNITED STATES OF AMERICA,    )    CRIMINAL CASE NO. _____
                           )
11            Plaintiff,    )
                           )
12         vs.            )    **APPLICATION AND ORDER**
                           )    **TO SEAL RECORD**
13                            )
                           )
14   GERARDO ELOY GONZALEZ, JR.,   )
    JOHN TIMOTHY PERALTA,      )
15   DEANNA INGRID MORALES      )
    a/k/a DEANNA MORALES GUERRERO,  )
16   SEAN MICHAEL COLE        )
    a/k/a SHAWN COLE,         )
17   GILBERT JOSE MATTA,       )
    JESSICA ROSE MESA,       )
18   LISA MARIE RODRIGUEZ      )
    a/k/a LISA RODRIGUEZ-COLE, and   )
19   ANNETTE JOYCE GONZALEZ    )
    a/k/a ANNETTE ROMERO,      )
20                  Defendants.  )
    _____)

21

22       The United States moves this Honorable Court for an order sealing the record in the

23   above-entitled case for the reason that further investigation is still pending in another criminal

24   //

25   //

26   //

27   //

28   //

1    matter, which may be hindered by making this cause available for public scrutiny.

2        Respectfully submitted this  25th  day of May, 2005.

3                                      LEONARDO M. RAPADAS
United States Attorney
4                                      Districts of Guam and NMI

6                 By:     _____
MARIVIC P. DAVID
Assistant U.S. Attorney

8    **IT IS SO ORDERED** this *25th* day of May, 2005.

11                             JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

-2-