AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**GERARDO ELOY GONZALEZ, JR.**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00039-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Friday, May 27, 2005 at 10:00 a.m.** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:952(a), 960(a)(1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

18:1956(a)(1)(B)(I), 1956(h) - MONEY LAUNDERING CONSPIRACY (COUNT 4)

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**May 25, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  John Briensz  Date 5/25/2005

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: SERVED TO DEFENDANTS ATTORNEY

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5-21-05
             Date

J.L.A. Sigens
Name of United States Marshal

Franklin J. Mimaw  s/DUSM
(by) Deputy United States Marshal

Remarks:  Attorney Cynthia Eckrip

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.