AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>SEAN MICHAEL COLE aka<br>SHAWN COLE<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: CR-05-00039-004 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | Room<br>413 |
|---|---|
| | Date and Time<br>**Friday, May 27, 2005 at 10:00 a.m.** |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:952(a), 960(a)(1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 3)

18:1956(a)(1)(B)(I), 1956(h) - MONEY LAUNDERING CONSPIRACY (COUNT 4)

ORIGINAL

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | *Marilyn B. Alcon*<br>Signature of Issuing Officer |
| **May 25, 2005**<br>Date | |

## RETURN OF SERVICE

Service was made by me on:[1] _John Dueñas_   Date _5/25/2005_

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _SERVED TO DEFENDANT'S ATTORNEY_

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _5·27·05_       _J.L.G. SALAS_
Date                             Name of United States Marshal

_SIDUSM FRANKLIN S. TAITAGUE_
(by) Deputy United States Marshal

Remarks:

_Attorney Curtis Van de veld_

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.