%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

FILED
DISTRICT COURT OF GUAM

MAY 27 2005

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

LISA MARIE RODRIGUEZ aka
LISA RODRIGUEZ-COLE

**WARRANT FOR ARREST**

Case Number: CR-05-00039-007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   LISA MARIE RODRIGUEZ aka LISA RODRIGUEZ-COLE
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

21:952(a), 960(a)((1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METAMPHETAMINE HYDROCHLORIDE (COUNT 2)

18:1956(a)(1)(B)(i), 1956(h) & 2 - MONEY LAUNDERING CONSPIRACY (COUNT 4)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

*signature* Marilyn B. Alcon
Signature of Issuing Officer

Depuy Clerk
Title of Issuing Officer

Date           Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Hagatna

| DATE RECEIVED 5/25/2005 | NAME AND TITLE OF ARRESTING OFFICER Jeff Buenas | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/27/2005 | | |

Case 1:05-cr-00039   Document 9   Filed 05/27/2005   Page 1 of 1