ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 11 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

05-00039 tc

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GERARDO ELOY GONZALEZ, JR.,<br>JOHN TIMOTHY PERALTA,<br>DEANNA INGRID MORALES<br>a/k/a DEANNA MORALES GUERRERO,<br>SEAN MICHAEL COLE<br>a/k/a SHAWN COLE,<br>GILBERT JOSE MATTA,<br>JESSICA ROSE MESA,<br>LISA MARIE RODRIGUEZ<br>a/k/a LISA RODRIGUEZ-COLE, and<br>ANNETTE JOYCE GONZALEZ<br>a/k/a ANNETTE ROMERO,<br><br>  Defendants. | CRIMINAL CASE NO. 04-00048<br><br>**STIPULATION OF PARTIES TO UNSEAL RECORD; AND ORDER** |

The parties in the above-entitled matter, the United States of America, and the defendants, by and through their respective counsel, and moves this Honorable Court for an Order unsealing

//
//
//
//
//

| | |
|---|---|
| 1 | the record in the above-entitled cause, for the reason that the investigation in this case is now |
| 2 | complete and there is no further reason for these proceedings to remain silent. |
| 3 | SO STIPULATED. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/8/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 7/8/05

_____
CYNTHIA V. ECUBE
Attorney for Defendant
Gerardo Eloy Gonzalez, Jr.

DATED: 7-8-05

_____
WILLIAM L. GAVRAS
Attorney for Defendant
John Timothy Peralta

DATED: 7-11-05

_____
SAMUEL S. TEKER
Attorney for Defendant
Deanna Ingrid Morales

DATED: _____

_____
HOWARD TRAPP
Attorney for Defendant
Sean Michael Cole

DATED: 7/8/05

_____
LOUIE J. YANZA
Attorney for Defendant
Gilbert Jose Matta

//
//
//
//
//

DATED: 7/4/r

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant
Lisa Marie Rodriguez

JESSICA MESA

**IT IS SO ORDERED** that the record be unsealed this 11d day of July, 2005.

ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of California, sitting by designation



RECEIVED
JUL 1 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM