Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Gov. Joseph Flores Building
Hagåtña, Guam 96910
Telephone: (671) 477-7059
Facsimile: (671) 472-5487

Attorneys for Defendant
GILBERT JOSE MATTA

FILED
DISTRICT COURT OF GUAM
JUL 27 2005
MARY L.M. MORAN
CLERK OF COURT

(52)

# U.S. DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, | |
| vs. | NOTICE OF HEARING ON DEFENDANT GILBERT JOSE MATTA'S MOTION TO RECONSIDER DETENTION |
| GERARDO ELOY GONZALEZ, JR., JOHN TIMOTHY PERALTA, DEANNA INGRID MORALES a/k/a DEANNA MORALES GUERRERO, SEAN MICHAEL COLE a/k/a SHAWN COLE, GILBERT JOSE MATTA, JESSICA ROSE MESA, LISA MARIE RODRIGUEZ a/k/a LISA RODRIGUEZ-COLE, AND ANNETTE JOYCE GONZALEZ a/k/a ANNETTE ROMERO | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant **GILBERT JOSE MATTA's** Motion to Reconsider Detention shall come on for hearing before the Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge, U.S. District Court of Guam, on AUG - 2 2005 at 1:45 p.m.

//

| | |
|---|---|
| 1 | NOTICE OF HEARING ON DEFENDANT GILBERT MATTA'S MOTION TO RECONSIDER DETENTION |
| 2 | United States of America v. Gilbert Jose Matta, et al.<br>U.S. District Court of Guam, Criminal Case No. 05-00039 |

Respectfully submitted this 27th day of July, 2005.

                                            MAHER • YANZA • FLYNN • TIMBLIN, LLP
                                            Attorneys for Defendant
                                            **GILBERT JOSE MATTA**

By: _____
      LOUIE J. YANZA