DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ANNETTE JOYCE GONZALEZ<br>aka ANNETTE ROMERO,<br><br>Defendant. | CRIMINAL CASE NO. 05-00039-008<br><br>O R D E R |

IT IS HEREBY ORDERED that **DAVID RIVERA** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to July 28, 2005.

Dated this 29th day of July, 2005.

FRANCES M. TYDINGCO-GATEWOOD, Designated Judge
DISTRICT COURT OF GUAM