| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MARIVIC P. DAVID<br>Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue |
| 4 | Hagåtña, Guam 96910<br>Telephone: (671) 472-7332 |
| 5 | Telecopier: (671) 472-7334 |

**FILED**
DISTRICT COURT OF GUAM

AUG 2 6 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00039 |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION OF PARTIES TO** |
| vs. | ) **CONTINUE SENTENCING HEARING;** |
| | ) **AND ORDER** |
| DEANNA INGRID MORALES | ) |
| a/k/a DEANNA MORALES GUERRERO, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel, Samuel S. Teker, hereby stipulate to continue the sentencing hearing

//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | |
| 2 | currently scheduled for September 9, 2005, and that it be rescheduled to a date approximately |
| 3 | two (2) months thereafter to be selected by the court. |
| 4 | SO STIPULATED. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 8/26/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 8/26/05

_____
SAMUEL S. TEKER
Attorney for Defendant