LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

AUG 26 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> DEANNA INGRID MORALES ) <br> a/k/a DEANNA MORALES GUERRERO, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 05-00039 <br><br> **ORDER re:** <br> **Stipulation to Continue Sentencing** |

Based on the stipulation of the parties filed on August 26, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the Oder;

**IT IS HEREBY ORDERED** that the sentencing hearing set for September 9, 2005 is continued to Thursday, October 6, 2005 at 11:00 a.m. before the Honorable Lloyd D. George, United States Senior District Judge for the District of Nevada.

DATE: August 26, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam