# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Deanna Ingrid Morales aka Deanna Morales Guerrero,<br><br>    Defendant. | Case No. 1:05-cr-00039<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order re Sentencing filed August 26, 2005*, on the dates indicated below:

| *U.S. Attorney's Office* | *Samuel Teker* | *U.S. Probation Office* |
|---|---|---|
| *August 29, 2005* | *August 29, 2005* | *August 29, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order re Sentencing filed August 26, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 30, 2005              /s/ Marilyn B. Alcon
                                   Deputy Clerk