```
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
```

FILED
DISTRICT COURT OF GUAM
SEP 20 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF PARTIES TO CONTINUE SENTENCING HEARING** |
| DEANNA INGRID MORALES ) a/k/a DEANNA MORALES GUERRERO, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel, Samuel S. Teker, hereby stipulate to continue the sentencing hearing

//
//
//
//
//
//
//
//
//

currently scheduled for October 6, 2005, and that it be rescheduled to a date approximately six (6) months thereafter to be selected by the court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 9/20/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 9/20/05

_____
SAMUEL S. TEKER
Attorney for Defendant