ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00039 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | Re: September 20, 2005 |
| ) | Stipulation of Parties |
| DEANNA INGRID MORALES ) | |
| a/k/a DEANNA MORALES GUERRERO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the stipulation of the parties filed on September 20, 2005, to continue the sentencing of the above-named defendant, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the sentencing hearing is hereby moved from October 6, 2005 to Monday, December 14, 2005 at 9:15 a.m.[1] The presentence report shall be

---

[1] The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, shall preside over the sentencing hearing.

provided to the parties no later than October 31, 2005. The parties shall file their responses to the presentence report no later than November 14, 2005. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than November 28, 2005.

DATE: 9/21/2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam