LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

NOV 16 2005 

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> DEANNA INGRID MORALES ) <br> a/k/a DEANNA MORALES GUERRERO, ) <br> ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 05-00039 <br><br> GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND MOTION FOR ADDITIONAL ONE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY |

Comes now the United States and adopts the findings of the Presentence Investigation Report with the following comments:

1. Paragraph 53 of the PSR should reflect that the weight of the actual drug or methamphetamine (actual) is 97.7 grams (150.4 grams of methamphetamine multiplied by 65% purity) which corresponds to a base offense level of 32 under USSG § 2D1.1(c)(4).

2. Paragraph 59 of the PSR should reflect a three-level decrease for acceptance of responsibility under USSG § 3E1.1. The defendant timely notified the government of her intention to enter a plea of guilty at a sufficiently early stage in the process so that the government was able

1 | to avoid preparing for trial, and the court was able to schedule its calendar efficiently.

2 |     3. Thus, the total offense level should be Level 27, and with Criminal History Category I the applicable advisory guideline range is 70 to 87 months.

Dated this 16th day of November 2005.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and CNMI

By: _____  
MARIVIC P. DAVID  
Assistant U.S. Attorney

2