LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL **FILED**
DISTRICT COURT OF GUAM
DEC -8 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANNA INGRID MORALES<br>a/k/a DEANNA MORALES GUERRERO,<br><br>Defendant. | CRIMINAL CASE NO. 05-00039<br><br>**GOVERNMENT'S SENTENCING<br>MEMORANDUM** |

The United States is seeking a substantial assistance downward departure to Level 25 based on the cooperation the defendant has provided to agents with the U.S. Immigration and Customs Enforcement. Defendant was debriefed by law enforcement agents after she entered her guilty plea on June 14, 2005. The defendant provided information about her drug trafficking activities and identified other individuals who had participated with her in such activities, including co-defendants Sean Cole and Lisa Rodriguez-Cole.

The defendant would have been an available witness to testify about the Coles' drug distribution activities in the event either one elected to go trial, however, no such trial was necessary since both co-defendants pleaded guilty pursuant to plea agreements.

For these reasons, a downward departure to Level 25, which yields a range of 57 to 71

months under Criminal History Category I, is appropriate and the government will recommend the minimum term under said range.

RESPECTFULLY SUBMITTED this ___7th___ day of December 2005.

                            LEONARDO M. RAPADAS
                            United States Attorney
                            Districts of Guam and CNMI

By:                           
                            MARIVIC P. DAVID
                            Assistant U.S. Attorney

2