GUD NT ENT (8/05)

## DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| USA,<br><br>  Plaintiff,<br><br>  vs.<br><br>Deanna Ingrid Morales,<br>aka Deanna Morales Guerrero,<br><br>  Defendant. | Case No. 1:05-cr-00039-003 |

# NOTICE OF ENTRY

  **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

*Date of Entry of Judgment – December 16, 2005*

The original judgment is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

| | |
|---|---|
| **Date:** December 16, 2005 | Clerk of Court<br>**/s/ Mary L.M. Moran** |