# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Deanna Ingrid Morales aka Deanna Morales Guerrro, <br><br> Defendant. | Case No. 1:05-cr-00039-003 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of **the *Judgment filed 12/15/2005, and the Notice of Entry dated 12/16/2005*** on the dates indicated below:

| *U.S. Attorney's Office* | *Samuel Teker* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *12/16/2005* | *12/16/2005* | *12/19/2005(Judgment Only)* | *12/15/2005(Judgment Only)* |

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

Judgm*ent filed 12/15/2005, and the Notice of Entry dated 12/16/2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 19, 2005                         /s/ Rosita P. San Nicolas
                                                                 Chief Deputy Clerk