| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **Criminal 05-00039-003** |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT **GUAM** | DIVISION |
|---|---|---|
| **DEANNA INGRID MORALES** c/o USPO Phil R. Hendley, Jr. Eastern District of California United States Probation 1700 Standiford Ave., Suite A220 Modesto, CA 95350-6534 | NAME OF SENTENCING JUDGE **Honorable D. Lowell Jensen, Designated Judge** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM **July 15, 2008** — TO **July 14, 2013** |

OFFENSE

Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§841(a)(1), (b)(1)(A)(viii) and 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT                    DISTRICT                    **Guam**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court Court for the    **Eastern District of California**    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquirey of this court.*

*Date*                                    *United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR    **Eastern**    DISTRICT OF    **California**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                                    *United States District Judge*

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00039-003 |
| ) | |
| Plaintiff, ) | |
| ) | **SPECIAL REPORT** |
| vs. ) | |
| ) | |
| DEANNA INGRID MORALES ) | |
| aka DEANNA MORALES GUERRERO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Re:   Transfer of Jurisdiction**

On December 14, 2005, Deanna Ingrid Morales aka Deanna Morales Guerrero was sentenced in the District Court of Guam to a 46 month term of imprisonment, for the offense of Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846. She was further ordered to serve a five year term of supervised release with conditions to include that she: comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, perform 100 hours of community service; and pay a $100 special assessment fee.

On July 15, 2008, Ms. Morales began her term of supervised release in the Eastern District of California where she has family ties. She plans to live for the remainder of her term of supervision in that district.

SPECIAL REPORT
Transfer of Jurisdiction
Re:   MORALES, Deanna Ingrid
       aka GUERRERO, Deanna Morales
Criminal Case No. 05-00039-003
September 5, 2008
Page 2

      The U.S. Probation Office has received correspondence from the Eastern District of California requesting that jurisdiction of her case be transferred. Based on their request, this Officer recommends that the Court initiate a Transfer of Jurisdiction from the District of Guam to the Eastern District of California.

                        Respectfully submitted,

                        ROSSANNA VILLAGOMEZ-AGUON
                        Acting Chief U.S. Probation Officer

By: 
                        /s/ CARMEN D. O'MALLAN
                        U.S. Probation Officer Specialist

Reviewed by:

    /s/ ROSSANNA VILLAGOMEZ-AGUON
    Acting Chief U.S. Probation Officer

cc:   File